UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X    Chapter 13
IN RE:

MANUEL ZEVALLOS                                   Case No. 16-44107 CEC


                    Debtor(s)                    **CHAPTER 13 PLAN**
------------------------------------------------X

1.  The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of:

> $4800 commencing October 2014 through September 2021 for a period of 60 months
> **DEBTOR IS TO PAY $30,000.00 UPON THE CONFIRMATION OF THE CHAPTER 13 PLAN**

2.  From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S)**

WELLS FARGO MORTGAGE SERVICES: (Debtor's Residence): Creditor is to receive $130,338.00 over the life of the plan for arrears and late fees.:

CHASE HOME MORTGAGE: (First Mortgage against the investment property) DEBTOR IS CURRENT WITH THIS ACCOUNT.

CHASE HOME EQUITY (Second Lien against the investment property) : DEBTOR IS CURRENT WITH THIS ACCOUNT.

INTERNAL REVENUE SERVICE: to receive $100,000.00 over the life of the plan for unpaid income taxes.

    ( c ) Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim with unsecured creditors to receive a total of not less than 100% over the life of the plan.**

3.  All lease agreements are hereby assumed, unless specifically rejected as follows:
_____

4       During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2( c), <u>less than one hundred percent (100%),</u> the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan or dismissal of the case <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the court.

/s/_____
Debtor

Dated:                                         /s/_____
                                               Attorney for Debtor(s)